FILED IN CHAMBERS
U.S.D.C. Rome

NOV 19 2009

JAMES N. HATTEN, Clerk
By: _____
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Patricia Menchan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-2895 |
| ) | |
| Homrich & Berg, Inc., ) | |
| ) | |
| Defendant. ) | |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers at ~~Atlanta~~ Rome, Georgia, this 19th day of Nov., 2009.

This ___ day of _____, 2009.

/s/ Robert L. Vining, Jr.
Robert L. Vining, Jr.
United States District Court Judge

## STIPULATED AS TO FORM AND CONTENT

BARRETT & FARAHANY, LLP        HOLLAND & KNIGHT LLP

/s/ Amanda A. Farahany          /s/ Cynthia G. Burnside
Amanda A. Farahany              Cynthia G. Burnside
Ga. Bar. No. 646135             Ga. Bar. No. 097107
1401 Peachtree Street, Suite 101   1201 West Peachtree Street
Atlanta, Georgia 30309          One Atlantic Center, Suite 2000
(404) 214-0120                  Atlanta, Georgia 30309
                                (404) 817-8500
*Attorneys for Plaintiff*
                                *Attorneys for Defendant*

# 8892864_v1